UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE

LAURA CERVANTES,

    Plaintiff,

v.

CHIPOTLE SERVICES, LLC. and DOES 1 through 10, inclusive,

    Defendants.

) Case No.:  C 15-01965 RMW
)
) [~~PROPOSED~~] **CASE MANAGEMENT**
) **ORDER**
)
)
)
)
)
)
)
)
)
)

It is hereby ORDERED pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE: Monday, December 12, 2016 at 9:00 a.m., Courtroom 6, Fourth Floor.

TRIAL LENGTH is estimated to be Five (5) days for plaintiff's individual claims. However, additional days may be needed for plaintiff's claim pursuant to the California Private Attorney General Act, Labor Code § 2698 et seq.

DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.  Each party is limited to twenty-five interrogatories, ten depositions and ten requests for admission.

NON-EXPERT DISCOVERY CUT-OFF: September 1, 2016

DESIGNATION OF EXPERTS: August 5, 2016.

  Plaintiff/Defendant: Rebuttal no later than September 2, 2016.

  Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

1

[~~PROPOSED~~] CASE MANAGEMENT ORDER

EXPERT DISCOVERY CUT-OFF: October 3, 2016.

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be heard no later than October 14, 2016.

SETTLEMENT CONFERENCE shall be held before the Honorable Magistrate Judge Howard R. Lloyd and scheduled to take place no later than 30 days prior to the Pretrial Conference.

PRETRIAL CONFERENCE DATE: November 17, 2016 at 2:00 p.m.

ADDITIONAL ORDERS:

    The case was previously referred to the court's mediation program.  Mediation shall be completed on or before December 26, 2015. Prior to mediation, each side can serve one set of discovery. Plaintiff can take a Fed. R. Civ. P. 30(b)(6) deposition. Defendant can take Plaintiff's deposition.

IT IS SO ORDERED.

Dated: 9/11/2015

_Ronald M. Whyte_

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

2

[~~PROPOSED~~] CASE MANAGEMENT ORDER