1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE SERVICES, LLC; and<br>DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  C 15-01965 RMW<br><br>**~~PROPOSED~~ ORDER REGARDING<br>CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:    April 1, 2015<br>Removal Date: May 1, 2015<br>Trial Date:      December 12, 2016 |

On April 29, 2016, this matter came on for a Case Management Conference before the Court, the Honorable Ronald M. Whyte, United States District Judge, presiding. Gary Clifford, Esq. appeared on behalf of plaintiff Laura Cervantes. Charles Cavanagh, Esq. appeared on behalf of defendant Chipotle Services, LLC. Counsel and the Court conferred regarding the status of the case, the discovery conducted to date, the discovery remaining to be conducted and the remaining pretrial deadlines.

---

**~~[PROPOSED]~~ ORDER RE CASE MANAGEMENT CONFERENCE**

IT IS HEREBY ORDERED THAT the remaining discovery to be conducted shall be conducted pursuant to the following restrictions: each side may conduct up to three depositions, and each side may propound up to fifteen interrogatories.

IT IS HEREBY FURTHER ORDERED THAT the remainder of this action shall proceed pursuant to the following schedule:

- Expert disclosure deadline: August 1, 2016.
- Rebuttal expert disclosure deadline: September 1, 2016.
- Non-expert discovery cutoff: September 1, 2016.
- Deadline for filing dispositive motions: September 9, 2016.
- Expert discovery cutoff: October 3, 2016.
- Hearing on dispositive motions: October 14, 2016 (9:00 a.m.).
- Final Pretrial Conference: November 17, 2016 (2:00 p.m.).
- Trial: December 12, 2016 (1:30 p.m.).

IT IS HEREBY FURTHER ORDERED THAT the parties must complete a Mandatory Settlement Conference before United States Magistrate Judge Howard Lloyd prior to the Final Pretrial Conference. Counsel are required to contact Magistrate Judge Lloyd to schedule the Mandatory Settlement Conference.

Dated: 5/5/2016

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge

Respectfully submitted by:

MESSNER REEVES, LLP

By: _____
Charles C. Cavanagh
Allison Dodd
Attorneys for Defendant
Chipotle Services, LLC

[PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE